# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT DAVID BAGLEY,**

    **Plaintiff,**

v.                                          Case No:   6:18-cv-25-Orl-28KRS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION FOR EXTENSION OF TIME (Doc. No. 15)**
>
> **FILED:**      **June 11, 2018**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Bcause this case must be addressed by Report and Recommendation, the Court has less time available to resolve the case than would be available for a consent case. Counsel's decision to accept more cases than she can handle within the deadlines established by Court orders does not establish good cause to extend deadlines.

**DONE** and **ORDERED** in Orlando, Florida on June 11, 2018.

                                                    *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                      UNITED STATES MAGISTRATE JUDGE